**Sandra A. EVOLA, Respondent,**

v.

**Charles J. EVOLA, Appellant.**

**No. ED 100769**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: March 3, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied April 20, 2015

Application for Transfer Denied June 30, 2015

Mary Ann Weems, 7751 Carondelet Ave., Suite 505, Clayton, MO 63105, for appellant.

Aaron S. Dubin, 231 S. Bemiston, Suite 1111, St. Louis, MO 63105, for respondent.

Before Lawrence Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

### ORDER

#### PER CURIAM

Charles J. Evola ("Husband") appeals from the judgment of the trial court dissolving his marriage to Sandra A. Evola ("Wife"), dividing assets, and allocating maintenance to Wife.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).